# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Diego E. Estepa and Noelia E. Estepa <br> <u>Debtor(s)</u> | BKY. NO. 12-05601 RNO <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6600

                                  Respectfully submitted,

                                  **/s/ Thomas Puleo**
                                  Thomas Puleo, Esquire
                                  James C. Warmbrodt, Esquire
                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 825-6306  FAX (215) 825-6406
                                  Attorney for Movant/Applicant