UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
DIEGO E. ESTEPA                                            Case No.: 5-12-05601-JJT
NOELIA E. ESTEPA                                           Chapter 13
         Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| **PART 1:** | **MORTGAGE INFORMATION** |
|---|---|
| Creditor Name: | M & T BANK |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | 6600 |
| Property Address if applicable: | 4251 CONASHAUGH LAKES, MILFORD, PA  18337 |

**PART 2:        CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $5825.92 |
| b. | Prepetition arrearages paid by the Trustee: | $5825.92 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $5,825.92 |

**PART 3:        POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment:  $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:        A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

 To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies
  of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: November 15, 2017　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　s/ Charles J. DeHart, III, Trustee
　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA  17036
　　　　　　　　　　　　　　　　　　　　　Phone:  (717) 566-6097
　　　　　　　　　　　　　　　　　　　　　Fax:  (717) 566-8313
　　　　　　　　　　　　　　　　　　　　　eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

    DIEGO E. ESTEPA                                       Case No.: 5-12-05601-JJT
    NOELIA E. ESTEPA                                     Chapter 13
            Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Notice of Final Cure by First Class Mail, unless served electronically, at the below address on November 15, 2017.

DIEGO E. ESTEPA
NOELIA E. ESTEPA
4251 CONASHAUGH LAKES
MILFORD, PA  18337


M&T BANK
C/O MARGARET GAIRO
123 S. BROAD STREET, SUITE 1400
PHILADELPHIA, PA,   19109


MARK MOULTON, ESQUIRE
693 STATE ROUTE 739 STE 1
LORDS VALLEY PA,   18428-


Date: November 15, 2017                         s/    Donna Schott
                                                                   Charles J. DeHart, III, Trustee
                                                                   Standing Chapter 13 Trustee
                                                                   Suite A, 8125 Adams Drive
                                                                   Hummelstown, PA  17036
                                                                   Phone:  (717) 566-6097
                                                                   Fax:  (717) 566-8313
                                                                   eMail:  dehartstaff@pamd13trustee.com