```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                       Case No. 12-05601-JJT
Diego E. Estepa
Noelia E. Estepa                                             Chapter 13
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-5       User: MMchugh              Page 1 of 2       Date Rcvd: Jan 17, 2018
                           Form ID: fnldecnd          Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2018.
db/jdb         Diego E. Estepa,   Noelia E. Estepa,    4251 Conashaugh Lakes,   Milford, PA 18337
cr             NBT Bank NA,   4251 Conashaugh Lakes,   Milford, PA 18337
4186831       +American Express,    P.O. Box 270,   Newark, NJ 07101-0270
4200958        American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
4201481        American Express Centurion Bank,    c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
4250367       +American InfoSource LP as agent for,   DIRECTV, LLC,   Mail Station N387,   2230 E Imperial Hwy,
                El Segundo, CA 90245-3504
4186832       +Apothaker & Assoc., P.C.,   520 Fellowship Road C306,   Mount Laurel, NJ 08054-3410
4977227       +BRET SHAFFER,   C/O SCHIFFMAN SHERIDAN & BROWN P.C.,   2080 LINGLESTOWN ROAD SUITE 201,
                HARRISBURG PA 17110-9670
4186835       +Chase Bank USA NA,   P.O. Box 15298,   Wilmington, DE 19850-5298
4186836       +Citibank (South Dakota), N.A.,   701 East 60th Street N.,   Sioux Falls, SD 57104-0493
4238048       +Credit First NA,   Po Box 818011,   Cleveland, OH 44181-8011
4186837      ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: Direct TV,   P.O. Box 11732,   Newark, NJ 07101)
4193471       +Department Stores National Bank/Macys,   Bankruptcy Processing,   Po Box 8053,
                Mason, OH 45040-8053
4186847        Diego Estepa,   4251 Conashaugh Lakes,   Milford, PA 18337
4206394      ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Company LLC,   Dept 55953,   P O Box 55000,
                Detroit MI 48255-0953)
4186839        Ford Motor Credit Company,   P.O. Box 54200,   Omaha, NE 68154-8000
4186841       +Great Lakes,   P.O. Box 530229,   Atlanta, GA 30353-0229
4186843       +Kost Tire & Auto Service,   Credit First N.A.,   P.O. Box 818026,   Cleveland, OH 44181-8026
4186846       +Macys,   Bankruptcy Processing,   PO Box 8053,   Mason, OH 45040-8053
4186849      ++PENNSTAR BANK,   52 SOUTH BROAD ST,   NORWICH NY 13815-1646
              (address filed with court: Pennstar Bank,   575 Easton Tpke, POB 220,   Hamlin, PA 18427)
4186850        Sears National Bank,   P.O. Box 181249,   Columbus, OH 43218
4186851       +U.S. Department of Education,   400 Maryland Avenue SW,   Washington, D.C. 20202-0008
4204104        US Dept of Education,   Claims Filing Unit,   PO Box 8973,   Madison, WI 53708-8973
4186852       +Verizon,   P.O. Box 15062,   Albany, NY 12212-5062
4273068        eCAST Settlement Corporation,   POB 29262,   New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4186830       +E-mail/Text: csr@theaffiliatedgroup.com Jan 17 2018 18:59:53     Affiliated Credit Services,
                P.O. Box 7739,   Rochester, MN 55903-7739
4186833       +E-mail/Text: notices@burt-law.com Jan 17 2018 18:59:53     Burton Neil & Assoc.,
                1060 Andrew Drive,   Suite 170,   West Chester, PA 19380-5600
4186834       +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2018 19:00:35     Care Credit/GEMB,
                P.O. Box 981439,   El Paso, TX 79998-1439
4186838        E-mail/Text: mrdiscen@discover.com Jan 17 2018 18:59:34     Discover Financial Services,
                P.O. Box 30957,   Salt Lake City, UT 84130
4190390        E-mail/Text: mrdiscen@discover.com Jan 17 2018 18:59:34     Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
4203116        E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2018 19:00:49     GE Capital Retail Bank,
                Attn: Bankruptcy Department,   PO Box 960061,   Orlando FL 32896-0661
4186840       +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2018 19:00:35     GEMB/JCP,   P.O. Box 981131,
                El Paso, TX 79998-1131
4186842       +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2018 19:00:35     Home Depot,
                P.O. Box 105981 Dept 51,   Atlanta, GA 30348-5981
4186845        E-mail/Text: camanagement@mtb.com Jan 17 2018 18:59:39     M & T Bank,   1100 Wherle Drive,
                Williamsville, NY 14221
4195710        E-mail/Text: camanagement@mtb.com Jan 17 2018 18:59:39     M & T Bank,   P.O. Box 1288,
                Buffalo, New York 14240
4186844        E-mail/Text: camanagement@mtb.com Jan 17 2018 18:59:39     M & T Bank,   P.O. Box 62182,
                Baltimore, MD 21264
4193378        E-mail/Text: camanagement@mtb.com Jan 17 2018 18:59:39     M&T Bank,   P.O. Box 1288,
                Buffalo, NY 14240
4186848        E-mail/Text: paparalegals@pandf.us Jan 17 2018 18:59:54     Patenaude & Felix, A.P.C.,
                213 East Main Street,   Carnegie, PA 15106
4249496        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2018 19:06:02
                Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
4204303       +E-mail/Text: bankruptcy@nbtbank.com Jan 17 2018 18:59:46     Pennstar Bank,
                52 South Broad Street,   Norwich, NY 13815-1646
4211459        E-mail/Text: bnc-quantum@quantum3group.com Jan 17 2018 18:59:39
                Quantum3 Group LLC as agent for,   Quantum3 Funding LLC,   PO Box 788,
                Kirkland, WA 98083-0788
4186853       +E-mail/Text: edinkel@vikingservice.com Jan 17 2018 18:59:55     Viking Client Services, Inc.,
                P.O. Box 59207,   Minneapolis, MN 55459-0207
                                                                                               TOTAL: 17
```

```
District/off: 0314-5          User: MMchugh            Page 2 of 2              Date Rcvd: Jan 17, 2018
                              Form ID: fnldecnd        Total Noticed: 42
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          eCAST Settlement Corporation,   POB 29262,   New York, NY   10087-9262
                                                                                         TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
              Joshua I Goldman     on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin T McQuail    on behalf of Creditor   M&T Bank ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor   M&T Bank Mcohen@mwc-law.com
              Mark E. Moulton    on behalf of Debtor 2 Noelia E. Estepa markmoulton@moultonslaw.com,
               staff@moultonslaw.com
              Mark E. Moulton    on behalf of Debtor 1 Diego E. Estepa markmoulton@moultonslaw.com,
               staff@moultonslaw.com
              Thomas I Puleo    on behalf of Creditor   M&T Bank tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9
```

**fnldec** (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Diego E. Estepa  
aka Diego Estepa  
4251 Conashaugh Lakes  
Milford, PA 18337

Chapter 13  
Case No. 5:12−bk−05601−JJT

Noelia E. Estepa  
aka Noelia Estepha, aka Noelia Estepa  
4251 Conashaugh Lakes  
Milford, PA 18337

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−9874  
xxx−xx−4853

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for Diego E. Estepa and Noelia E. Estepa, Debtor and Joint Debtor in accordance with §1328 of the Bankruptcy Code.

Dated: January 17, 2018

By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: MMchugh, Deputy Clerk

Case 5:12-bk-05601-JJT   Doc 55   Filed 01/19/18   Entered 01/20/18 00:48:02   Desc
Imaged Certificate of Notice   Page 3 of 3